Dismissed and Memorandum Opinion filed August 17, 2006








Dismissed
and Memorandum Opinion filed August 17, 2006.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00394-CR

____________

 

NOE MACEDO, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
337th District Court

Harris County, Texas

Trial Court Cause No. 1046944

 



 

M E M O R A N D U M   O P I N I O N

Appellant
entered a guilty plea to indecency with a child.  In accordance with the terms
of a plea bargain agreement with the State, the trial court sentenced appellant
on April 18, 2006, to confinement for two years in the Institutional Division
of the Texas Department of Criminal Justice.  Appellant filed a pro se notice
of appeal.  We dismiss the appeal.  








The
trial court entered a certification of the defendant=s right to appeal in which the court
certified that this is a plea bargain case, and the defendant has no right of
appeal.  See Tex. R. App. P. 25.2(a)(2). 
The trial court=s certification is included in the record on appeal.  See
Tex. R. App. P. 25.2(d).  The
record supports the trial court=s certification.  See Dears v. State, 154 S.W.3d 610,
615 (Tex. Crim. App. 2005).

Accordingly,
we dismiss the appeal.  

 

PER CURIAM

 

Judgment rendered and Memorandum Opinion filed August
17, 2006.

Panel consists of Chief Justice Hedges and Justices
Yates and Seymore.

Do Not Publish C Tex. R. App. P.
47.2(b).